UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:23-CV-21603-JEM

EDDY L. ARRAZOLA,
and other similarly situated individuals,

    Plaintiff,

v.

MAROD SUPERMARKETS, INC.,
d/b/a PRESIDENTE SUPERMARKET #5,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between Plaintiff, EDDY L. ARRAZOLA, and Defendant, MAROD SUPERMARKETS, INC. d/b/a PRESIDENTE SUPERMARKET #5, that the above cause, having been amicably resolved between Plaintiff, EDDY L. ARRAZOLA, and Defendant, MAROD SUPERMARKETS, INC. d/b/a PRESIDENTE SUPERMARKET #5, be dismissed with prejudice with each party to bear their own expenses, costs and attorneys' fees in the matter.

DATED this 31st day of January, 2024.

| | |
|---|---|
| Zandro E. Palma P.A | LYDECKER LLP |
| Counsel for Plaintiff | Counsel for Defendant |
| 9100 S. Dadeland Blvd, Suite 1500 | 1221 Brickell Avenue, 19th Floor |
| Miami, FL 33156 | Miami, FL 33131 |
| zep@thepalmalawgroup.com | sp@lydecker.com |
| | |
| */s/ Zandro E. Palma* | */s/ Stephanie Pidermann* |
| Zandro E. Palma, Esq. | Stephanie Pidermann, Esq. |
| FBN: 0024031 | FBN: 60414 |